In the Matter of SAMUEL ROSE, Appellant.
ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Argued January 5, 1948; decided January 16, 1948.

*Sydney A. Hellenbrand* and *Harold W. Hastings* for appellant.
*Kenneth M. Spence, Henry F. Waldstein* and *Einar Chrystie* for respondent.

Appeal dismissed, without costs, upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.